# Court of Appeals
# of the State of Georgia

ATLANTA, September 10, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0017. DANIEL OTU v. ANITA WHYTE-OTU.**

On August 19, 2024, the trial court entered an order granting Anita Whyte-Otu's petition to transfer several properties as a result of a judgment in a divorce proceeding. Daniel Otu then filed an emergency motion, followed by an amended motion, requesting that this Court stay enforcement of the trial court's August 19 order until his separate civil action is resolved.[1] Upon consideration of the motion, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/10/2024

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Otu filed his emergency motion in the Supreme Court, which transferred the matter here.